IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Donaji Cruz Lopez, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Pennsylvania Tool Sales & Service, Inc., )<br>)<br>Defendant. ) | CIVIL ACTION №: 3:18-cv-03459-JMC<br><br>**MOTION FOR DAMAGES HEARING<br>AND DEFAULT JUDGMENT** |

This Court entered default as to Defendant Pennsylvania Tool Sales & Service, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on March 6, 2019. Thus, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff hereby requests this Court to enter Default Judgment against this Defendant. Because Plaintiff is entitled to damages for pain and suffering, mental anguish, and other general damages, Plaintiff believes a damages hearing is appropriate to allow the Court to determine the total amount of damages pursuant to Rule 55(b)(B).

WHEREFORE, Plaintiff respectfully requests this Court schedule a damages hearing in this case and thereafter enter default against Pennsylvania Tool Sales & Service, Inc.

**[SIGNATURE PAGE TO FOLLOW]**

                    Respectfully submitted,

By:   /s/    Robert F. Goings
       Robert F. Goings (Fed. ID # 9838)
       Jessica L. Gooding (Fed ID # 11754)
       Goings Law Firm, LLC
       1510 Calhoun Street
       Post Office Box 436 (29202)
       Columbia, South Carolina 29201
       Phone: (803) 350-9230
       Fax:    (877) 789-6340
       Email: rgoings@goingslawfirm.com
               jgooding@goingslawfirm.com
       *Attorneys for Plaintiff*

Columbia, South Carolina

March 6, 2019

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the following named individual(s) were served with a copy of the following indicated below by mailing a copy of same to said person(s) in the United States Postal Service, with sufficient postage affixed thereto and return address clearly marked on the date indicated below:

**PARTY SERVED:**

Incorp Services, Inc./Liberty Corporate Services, as Registered Agent
317 Ruth Vista Road
Lexington, SC 29073

**PLEADINGS/DOCUMENTS:**

**MOTION FOR DAMAGES HEARING AND DEFAULT JUDGMENT**

/s/ Robert F. Goings
Columbia, South Carolina
March 6, 2019