AO 450 (SCD 04/2010)  Judgment in a Civil Action

# United States District Court
for the

District of South Carolina

| | |
|---|---|
| Donaji Cruz Lopez, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Pennsylvania Tool Sales & Service, Inc., | ) |
| *Defendant* | |

Civil Action No.     3:18-03459-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff <u>Donaji Cruz Lopez</u> recover from the defendant <u>Pennsylvania Tool Sales & Service, Inc.,</u> the amount of <u>Six Million, Seven Hundred Eighteen Thousand, Six Hundred Seventy-Seven and 99/100</u> dollars (<u>$6,718,677.99</u>) in damages, plus prejudgment and post-judgment interest at the applicable rate. Post-judgment interest shall run at the rate of <u>1.75%</u> .

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏  other:


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge. The court having granted plaintiff's motion for default judgment.


Date:   September 6, 2019

*CLERK OF COURT*

s/Angie Snipes

_____
*Signature of Clerk or Deputy Clerk*