# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Donaji Cruz Lopez, ) | |
| ) | Civil Action No. 3:18-cv-03459-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **SATISFACTION OF** |
| ) | **DEFAULT JUDGMENT** |
| Pennsylvania Tool Sales & Service, Inc., ) | |
| ) | |
| Defendant. ) | |

A Default Judgment was entered in the above-captioned action in favor of Plaintiff against Defendant in the amount of $6,718,677.99 on September 6, 2019. Please be advised that Plaintiff and Defendant have reached a settlement resulting in the full and final satisfaction of the award in this action.

NOW, THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket of said judgment.

| WE SO MOVE: | WE CONSENT: |
|---|---|
| GALLIVAN, WHITE & BOYD, P.A. | GOINGS LAW FIRM, LLC |
| /s/ Ronald G. Tate, Jr. | /s/ Robert F. Goings |
| Ronald G. Tate, Jr. (Fed Id.#4021) | Robert F. Goings |
| Post Office Box 10589 (29603) | Post Office Box 436 (29202) |
| 55 Beattie Place, Suite 1200 | 1510 Calhoun Street |
| Greenville, SC 29601 | Columbia, South Carolina 29201 |
| Telephone: (864) 271-9580 | Telephone: (803) 350-9230 |
| Facsimile: (864) 271-7502 | Facsimile: (877) 789-6340 |
| rtate@gwblawfirm.com | rgoings@goingslawfirm.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |