# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Donaji Cruz Lopez, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Pennsylvania Tool Sales & Service, Inc., ) <br> ) <br> Defendant. ) | Civil Action No. 3:18-cv-03459-JMC <br><br> **WITHDRAWAL OF DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT** |

As this litigation has been resolved by settlement, Defendant Pennsylvania Tool Sales & Service, Inc., hereby gives notice of its withdrawal of the Motion to Set Aside Default Judgment filed on October 30, 2019 [D.E. 24].

Respectfully submitted,

GALLIVAN, WHITE & BOYD, P.A.


/s/ Ronald G. Tate, Jr.
Ronald G. Tate, Jr. (Fed Id.#4021)
T. David Rheney (Fed Id.#5030)
Post Office Box 10589 (29603)
55 Beattie Place, Suite 1200
Greenville, SC 29601
Telephone: (864) 271-9580
Facsimile: (864) 271-7502
Email: rtate@gwblawfirm.com
 drheney@gwblawfirm.com

December 10, 2019     *Attorneys for Pennsylvania Tool Sales & Service, Inc.*